UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**MAYRA ARMENDARIZ SANTIAGO**,
an individual,

        Case No. 1:23-cv-01011

    Plaintiff,

v.        Honorable Sally J. Berens

**WORKFORCE EMPLOYMENT SPECIALISTS, LLC**,
and **KRYSTAL SCHULTZ**, an individual,

    Defendants.

_____

| | |
|---|---|
| AVANTI LAW GROUP, PLLC | SCHOLTEN FANT |
| Robert Anthony Alvarez (P66954) | Tiffany R. VanderKolk (P77436) |
| Attorney for Plaintiff | Attorney for Defendants |
| 600 28th St. SW | 100 N. Third Street, P.O. Box 454 |
| Wyoming, MI 49509 | Grand Haven, MI 49417 |
| (616) 257-6807 | (616) 842-3030 |
| ralvarez@avantilaw.com | tvanderkolk@scholtenfant.com |

_____

**STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

The parties, through undersigned counsel, having reached a settlement agreement during the early settlement conference held before Magistrate Sally J. Berens on March 12, 2024, which this Court deemed fair and reasonable (ECF No. 20), hereby jointly request the entry of an order dismissing this case with prejudice and without imposing costs or attorneys' fees to any party.

The Court, having reviewed the parties' stipulation, and being otherwise fully advised in the premises, hereby **ORDERS** that:

    1.    The above-captioned matter is dismissed with prejudice in its entirety;

2. The parties shall each bear their own costs and attorneys' fees incurred in connection with this action;

3. The Court shall retain jurisdiction over this action for the purpose of enforcing the terms of the parties' agreement; and

4. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED. THIS IS A FINAL ORDER AND CLOSES THIS CASE.**

Dated:  March  22 , 2024                    /s/ Sally J. Berens
                                            Sally J. Berens
                                            U.S Magistrate Judge

**SO STIPULATED AND APPROVED AS TO FORM AND SUBSTANCE:**

Dated:  March 22, 2024         By:    /s/ *Robert Anthony Alvarez* (with permission)
                                      Robert Anthony Alvarez (P66954)
                                      AVANTI LAW GROUP, PLLC
                                      Attorneys for Plaintiff

Dated:  March 22, 2024         By:    /s/ *Tiffany R. VanderKolk*
                                      Tiffany R. VanderKolk (P77436)
                                      SCHOLTEN FANT
                                      Attorneys for Defendants